JERRY T. O'BRIEN, INC., doing
business as Pennaluna & Co., et
al., Plaintiffs-Appellants,

v.

SECURITIES AND EXCHANGE
COMMISSION, et al.,
Defendants-Appellees,

and

Harry F. MAGNUSON and H.F. Magnuson & Company,
Cross-Plaintiffs-Appellants,

v.

SECURITIES AND EXCHANGE COMMISSION, et al.,
Cross-Defendants-Appellees.

Nos. 82–3108, 82–3109 and 82–3185.

United States Court of Appeals,
Ninth Circuit.

Oct. 11, 1985.

C. Dean Little, Lesourd, Patten, Fleming, Hartung & Emory, Seattle, Wash., for plaintiffs-appellants/cross-plaintiffs-appellants.

Linda D. Fienberg, S.E.C., Washington, D.C., and William D. Symmes, Witherspoon, Kelley, Davenport & Toole, Spo-

kane, Wash., for defendants-appellees/cross-defendants-appellees.

Before SKOPIL, PREGERSON, and FERGUSON, Circuit Judges.

ORDER

The judgment of this court, 704 F.2d 1065, is reversed and the case is remanded to the district court for further proceedings consistent with the decision of the Supreme Court of the United States in *Securities and Exchange Commission v. Jerry T. O'Brien, Inc.,* —— U.S. ——, 104 S.Ct. 2720, 81 L.Ed.2d 615 (1984).